IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA ETHAN FRANCIS,                    )
                                         )
         Plaintiff,                      )
                                         )         NO. 3:22-cv-00887
v.                                       )
                                         )         JUDGE RICHARDSON
BRANDON LAFEVER,                         )
*in his individual capacity*,            )
                                         )
         Defendant.                      )

## ORDER

The parties have filed a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), signed by the pro se Plaintiff and counsel for Defendant. (Doc. No. 17, "Stipulation"). Rule 41(a)(1)(A)(ii) provides for self-effectuating dismissal of an entire action upon the filing of a stipulation signed by all parties (or a representative thereof) who have appeared. Under Rule 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. Because the Stipulation states that dismissal shall be with prejudice, dismissal is in fact with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED with prejudice**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE