# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Joshua Ethan Francis

                Plaintiff,

v.                                                   Case No.: 3:22−cv−00887

Brandon LaFever

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/7/2023 re [18].

                                                                         Lynda M. Hill
                                                    s/ Annecia L Donigan, Deputy Clerk